UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 4:25-cr-11 |
| v. ) | |
| ) | Judge Travis R. McDonough |
| AMBER MICHELLE KELLER ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ) | |

**ORDER**

Magistrate Judge Christopher H. Steger filed a report and recommendation (Doc. 165) recommending that the Court: (1) grant Defendant's motion to withdraw her not guilty plea to a lesser included offense of Count One of the three count Indictment; (2) accept Defendant's guilty plea to a lesser included offense of Count One of the three count Indictment; (3) adjudicate Defendant guilty of conspiracy to distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846; and (4) order that Defendant remain in custody pending sentencing or further order of this Court.

After reviewing the record, the Court agrees with Magistrate Judge Steger's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Doc. 165) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw her not guilty plea to a lesser included offense of Count One of the three count Indictment is **GRANTED**;

1

2. Defendant's plea of guilty to a lesser included offense of Count One of the three count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of conspiracy to distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846; and

4. Defendant **SHALL REMAIN** in custody until further order of this Court or sentencing in this matter, which is scheduled to take place on **January 9, 2026, at 2:00 p.m.**

**SO ORDERED.**

/s/*Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**